**Order entered December 19, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01317-CV

## IN RE ERNESTO CASTILLO, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-17721**

### ORDER
Before Justices Schenck, Reichek, and Carlyle

Before the Court is relator's December 12, 2022 petition for writ of mandamus. Relator's petition does not comply with the Texas Rules of Appellate Procedure.

First, based on our review, the appendix attached to relator's petition contains unredacted sensitive information, including financial account numbers and a minor's name, birthdate, and address in violation of Texas Rule of Appellate Procedure 9.9. *See* TEX. R. APP. P. 9.9.

Second, although relator included a properly authenticated transcript of the testimony adduced at an August 4, 2022 hearing, the transcript does not include the

exhibits offered into evidence. *See* TEX. R. APP. P. 52.7(a)(2). Further, although relator included sworn or certified copies of some documents included in his appendix, many of the documents included in relator's appendix are not properly sworn or certified copies. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *see also In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding).

Accordingly, we **STRIKE** relator's petition and appendix and **GRANT** relator leave to re-file a petition and appendix or record that complies with the Texas Rules of Appellate Procedure on or before **December 22, 2022**. We **CAUTION** relator that failure to re-file the petition and appendix as permitted by this order may result in the dismissal of this cause without further notice.


/s/    AMANDA L. REICHEK
       JUSTICE